BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
 Office of the General Counsel
 Social Security Administration
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4861
 Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANETTE ALCALA LYNN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,[1]<br><br>　　　Defendant. | No. 2:24-cv-09661-AS<br><br>[~~PROPOSED~~] JUDGMENT |

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | The Court having approved the parties' stipulation to remand this case pursuant
2 | to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that
3 | stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for
4 | Plaintiff.

/ s / Sagar
DATED: April 23, 2025            HONORABLE ALKA SAGAR
                                 UNITED STATES MAGISTRATE JUDGE